UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAUREN ANN LOMBARDI<br><br>    Plaintiff;<br><br>    v.<br><br>CDR ADAM BRYAN, in his official capacity as Commanding Officer of the Blue Angels; LT BEN BUSHONG, in his official capacity as Public Affairs Officer of the Blue Angels; and J. DOE, in their official capacity as Social Media Administrator of the Blue Angels,<br><br>    Defendants. | Case No. 2:25-CV-1364<br><br><br><br><br><br><br><br>PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE |

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
Page 1 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

1  Plaintiff submits this response to the Court's Order to Show Cause regarding service
2  of process.

3     1. Plaintiff timely served all Defendants and other required recipients with a
4        summons and a copy of the Complaint.

5     2. Service was effectuated on July 23, 2025, by United States Postal Service
6        certified mail, in compliance with Fed. R. Civ. P. 4(i), upon:

7         • the United States Attorney for the Western District of Washington;
8         • the Attorney General of the United States; and
9         • each named Defendant in their official capacity.

10    3. At the time service was effectuated, Plaintiffs did not file a separate proof of
11       service on the docket. The AO 440 summons form issued by the Clerk advises
12       that its proof-of-service section should not be submitted to the court unless
13       required by Rule 4(l), and no appearance or motion had yet placed service in
14       issue at that time.

15    4. Plaintiffs submit the following declaration and supporting documentation of
16       service now in response to the Court's Order.

17    5. Because Defendants were timely and properly served, dismissal under Rule
18       4(m) is unwarranted.

19 Plaintiffs respectfully request that the Order to Show Cause be discharged and that
20 this action proceed.

21      RESPECTFULLY SUBMITTED this December 17 day of 2025.

/s/Nacim Bouchtia
Nacim Bouchtia, WSBA #47993
Pavise Law Firm
600 1st Ave Ste 102 PMB 2505
Seattle, WA 98104
nacim@paviselaw.com
206-207-1810

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
Page 2 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I, Nacim Bouchtia, declare as follows: |
| 3 | 1. I am over the age of 18 and competent to testify to the matters stated herein. |
| 4 | 2. On July 23, 2025, I caused a Summons and Complaint in this action to be |
| 5 | served by United States Postal Service certified mail as follows: |
| 6 | a. United States Attorney for the Western District of Washington |
| 7 | 700 Stewart Street, Suite 5220 |
| 8 | Seattle, WA 98101-1271 |
| 9 | Certified Mail Tracking No. 9589 0710 5270 2981 2138 41 |
| 10 | b. Attorney General of the United States |
| 11 | 950 Pennsylvania Avenue NW |
| 12 | Washington, DC 20530-0001 |
| 13 | Certified Mail Tracking No. 9589 0710 5270 2981 2138 10 |
| 14 | c. Commander Adam Bryan, in his official capacity |
| 15 | 390 San Carlos Rd. Suite A |
| 16 | Pensacola, FL 32508-5508 |
| 17 | Certified Mail Tracking No. 9589 0710 5270 2981 2138 27 |
| 18 | d. Lieutenant Ben Bushong, in his official capacity |
| 19 | 390 San Carlos Rd. Suite A |
| 20 | Pensacola, FL 32508-5508 |
| 21 | Certified Mail Tracking No. 9589 0710 5270 2981 2138 58 |
| 22 | e. J. Doe, in their official capacity |
| 23 | 390 San Carlos Rd. Suite A |
| 24 | Pensacola, FL 32508-5508 |
| 25 | Certified Mail Tracking No. 9589 0710 5270 2963 0032 31 |
| 26 | 3. True and correct copies of the USPS certified mail tracking confirmations are |
| 27 | attached. |
| 28 | 4. Service was completed in compliance with Fed. R. Civ. P. 4(i). |

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
Page 3 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3       DATED this December 17 day of 2025.

/s/Nacim Bouchtia
Nacim Bouchtia, WSBA #47993
Pavise Law Firm
600 1st Ave Ste 102 PMB 2505
Seattle, WA 98104
nacim@paviselaw.com
206-207-1810

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
Page 4 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com