UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN ANN LOMBARDI,<br><br>          Plaintiff,<br><br>     v.<br><br>ADAM BRYAN, et al.,<br><br>          Defendants. | CASE NO. C25-1364JLR<br><br>SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the Court, the Honorable James L. Robart, U.S. District Judge:

The complaint in this matter was filed on July 21, 2025. On December 17, 2025, Plaintiff filed a response to the court's 12/16/2025, order to show cause, which included certificates of service indicating Defendants Adam Bryan, Ben Bushong, and J. Doe were served with the summons and complaint on July 23, 2025. There has been no further action since that time.

//

It is ORDERED that Plaintiff shall file a motion for default against Defendants Adam Bryan, Ben Bushong, and J. Doe no later than March 17, 2026, or show cause by that date why entry of default is not appropriate at that time. Should there be no response to this order, this action shall be dismissed without prejudice for failure to prosecute.

Filed and entered this 10th day of March, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

SHOW CAUSE MINUTE ORDER - 2