UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAUREN ANN LOMBARDI<br><br>　　　　Plaintiff;<br><br>　　v.<br><br>CDR ADAM BRYAN, in his official capacity as Commanding Officer of the Blue Angels; LT BEN BUSHONG, in his official capacity as Public Affairs Officer of the Blue Angels; and J. DOE, in their official capacity as Social Media Administrator of the Blue Angels,<br><br>　　　　Defendants. | Case No. 2:25-CV-1364<br><br>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br><br><br><br><br><br><br><br><br>NOTE ON MOTION CALENDAR:<br><br>03/12/2026 |

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
Page 1 of 3

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

**I.    RELIEF REQUESTED**

Plaintiff responds to the Court's March 10 order to show cause and moves for entry of default against Adam Bryan, Ben Bushong, and J. Doe under Fed. R. Civ. P. 55(a).

**II.   FACTUAL BACKGROUND**

The complaint in this matter was filed on 07/21/2025. Service of the complaint in this matter was effectuated upon all Defendants — as well as the United States Attorney for the Western District of Washington and the Attorney General of the United States — on 07/23/2025 by United States Postal Service certified mail, in compliance with Fed. R. Civ. P. 4(i). Proof of service was later filed on 12/17/2025. Dkt. 4.

After filing the 12/17/2025 response to the Court's prior order to show cause, Plaintiff then awaited further direction from the Court regarding whether proof of service was accepted. When no further order issued, counsel contacted the courtroom deputy on 02/18/2026 and left a voicemail inquiring whether the Court required any additional information.

On 03/10/2026, the Court entered a further order directing Plaintiff to file a motion for default or show cause why entry of default is not appropriate. Dkt. 5.

As of the date of this motion, no answer, motion, notice of appearance, or other defense has been filed by any of the Defendants.

**III.  ARGUMENT**

Under Fed. R. Civ. P. 12(a)(2), the United States, its agencies, and its officers sued in an official capacity must serve an answer to a complaint within 60 days after service on the United States attorney.

Under Fed. R. Civ. P. 55(a), when a party against whom affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter that party's default.

LCR 55(a) provides that entry of default is obtained upon motion noted in

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
Page 2 of 3

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

accordance with LCR 7(d)(1) and supported by affidavit or declaration showing, among other things, service authorized by Rule 4 and the opposing party's failure to appear. Motions for default are same-day motions in this district.

Plaintiff has established proper service and Defendants' failure to plead or otherwise defend. Entry of default is therefore appropriate.

### IV.   CONCLUSION

Plaintiff respectfully requests entry of default against Defendants Adam Bryan, Ben Bushong, and J. Doe.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

RESPECTFULLY SUBMITTED this March 12 day of 2026.

/s/Nacim Bouchtia
Nacim Bouchtia, WSBA #47993
Pavise Law Firm
600 1st Ave Ste 102 PMB 2505
Seattle, WA 98104
nacim@paviselaw.com
206-207-1810

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
Page 3 of 3

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com