UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAUREN ANN LOMBARDI | Case No. 2:25-CV-1364 |
| Plaintiff; | |
| v. | |
| CDR ADAM BRYAN, in his official | |
| capacity as Commanding Officer of the | |
| Blue Angels; LT BEN BUSHONG, in | |
| his official capacity as Public Affairs | |
| Officer of the Blue Angels; and J. | |
| DOE, in their official capacity as | |
| Social Media Administrator of the | |
| Blue Angels, | DECLARATION OF SERVICE |
| Defendants. | |

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
DECLARATION OF SERVICE
Page 1 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

I, Nacim Bouchtia, declare as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein.

2. On April 13, 2026, the Honorable Judge James L. Robart quashed Ms. Lombardi's July 2025 service attempt and directed her to file proof of proper service by May 13, 2026.

3. I re-served the United States Attorney, the Attorney General, and each named Defendant in a manner designed to eliminate any possible issue concerning address, recipient, contents, tracking, or proof of mailing.

4. In particular, I sent four separate Certified Mail packets to each recipient, each with hardcopy Return Receipt requested. Each packet contained the complaint and the summonses issued for Defendants Commander Adam Bryan, Lieutenant Ben Bushong, and J. Doe. True and correct copies of photographs and mailing receipts are attached as Exhibit A.

5. On May 7, 2026, at approximately 2:31 PM, at the United States Postal Service located at 3150 Orleans St, Bellingham, WA 98226-9998, I caused the Summons and Complaint in this action to be served by United States Postal Service certified mail to the **United States Attorney for the Western District of Washington** using the **700 Stewart Street, Suite 5220, Seattle, WA 98101-1271** address. The Certified Mail Tracking Nos. are as follows:

    a. 9589 0710 5270 2249 1299 38

    b. 9589 0710 5270 2249 1298 39

    c. 9589 0710 5270 2249 1298 15

    d. 9589 0710 5270 2249 1298 22

6. On May 7, 2026, at approximately 2:37 PM, at the United States Postal Service located at 3150 Orleans St, Bellingham, WA 98226-9998, I caused the Summons and Complaint in this action to be served by United States Postal Service certified mail to the **Attorney General of the United States** using

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
DECLARATION OF SERVICE
Page 2 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

the **950 Pennsylvania Avenue NW, Washington, DC 20530-0001** address. The Certified Mail Tracking Nos. are as follows:

    a.   9589 0710 5270 2249 1298 46

    b.   9589 0710 5270 2249 1298 84

    c.   9589 0710 5270 2249 1298 77

    d.   9589 0710 5270 2249 1298 60

7. On May 7, 2026, at approximately 2:41 PM, at the United States Postal Service located at 3150 Orleans St, Bellingham, WA 98226-9998, I caused the Summons and Complaint in this action to be served by United States Postal Service certified mail to **Commander Adam Bryan** using the **390 San Carlos Rd. Suite A, Pensacola, FL 32508-5508** address. The Certified Mail Tracking Nos. are as follows:

    a.   9589 0710 5270 2249 1299 14

    b.   9589 0710 5270 2249 1298 53

    c.   9589 0710 5270 2249 1298 08

    d.   9589 0710 5270 2249 1299 21

8. On May 7, 2026, at approximately 2:45 PM, at the United States Postal Service located at 3150 Orleans St, Bellingham, WA 98226-9998, I caused the Summons and Complaint in this action to be served by United States Postal Service certified mail to **Lieutenant Ben Bushong** using the **390 San Carlos Rd. Suite A, Pensacola, FL 32508-5508** address. The Certified Mail Tracking Nos. are as follows:

    a.   9589 0710 5270 2249 1299 07

    b.   9589 0710 5270 2249 1298 91

    c.   9589 0710 5270 4112 3646 99

    d.   9589 0710 5270 4112 3647 05

9. On May 7, 2026, at approximately 2:50 PM, at the United States Postal Service located at 3150 Orleans St, Bellingham, WA 98226-9998, I caused the

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
DECLARATION OF SERVICE
Page 3 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

Summons and Complaint in this action to be served by United States Postal Service certified mail to **J. Doe** using the **390 San Carlos Rd. Suite A, Pensacola, FL 32508-5508** address. The Certified Mail Tracking Nos. are as follows:

    a. 9589 0710 5270 4112 3646 82

    b. 9589 0710 5270 4112 3647 12

    c. 9589 0710 5270 4112 3647 29

    d. 9589 0710 5270 4112 3647 36

10. Every step in the above process was contemporaneously photographed, and the attached Exhibit A fairly and accurately depicts the mailings and certified-mail receipts described above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    DATED this May 9 day of 2026.

/s/Nacim Bouchtia
Nacim Bouchtia, WSBA #47993
Pavise Law Firm
600 1st Ave Ste 102 PMB 2505
Seattle, WA 98104
nacim@paviselaw.com
206-207-1810

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
DECLARATION OF SERVICE
Page 4 of 4

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com