UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAUREN ANN LOMBARDI | Case No. 2:25-CV-1364 |
| Plaintiff; | |
| v. | |
| CDR ADAM BRYAN, in his official capacity as Commanding Officer of the Blue Angels; LT BEN BUSHONG, in his official capacity as Public Affairs Officer of the Blue Angels; and J. DOE, in their official capacity as Social Media Administrator of the Blue Angels, | |
| | DECLARATION OF SERVICE |
| Defendants. | |

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
DECLARATION OF SERVICE
Page 1 of 2

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com

I, David Solovy, declare as follows:

1.  I am over the age of 18 and competent to testify to the matters stated herein.

2.  On May 12th, 2026 at 3:16 PM I delivered two copies of a complaint & summons from the above-captioned lawsuit to the United States Attorney's Office of the Western District of Washington at 700 Stewart Street, Suite 5220, Seattle, WA 98101-1271.

3.  I spoke to the receptionist, who brought out another colleague, HR Specialist M. Almosara. M. Almosara accepted the documents and a copy for delivery to Assistant United States Attorney Sarah Louise Bishop. I checked that each document contained the correct complaint & summons.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this May 12 day of 2026.

/s/David Solovy
David Solovy

Case No 2:25-CV-1364
Lombardi vs. U.S. Navy Blue Angels
DECLARATION OF SERVICE
Page 2 of 2

PAVISE LAW FIRM
Phone: 206-207-1810
nacim@paviselaw.com