The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAUREN ANN LOMBARDI,

                        Plaintiff,

        v.

CDR ADAM BRYAN, in his official capacity
as Commanding Officer of the Blue Angels, *et
al*.,

                        Defendants.

Case No. 2:25-cv-01364-JLR

**DEFENDANTS' ANSWER TO
COMPLAINT**

Defendants, by and through their undersigned counsel, hereby file this Answer to the Complaint filed by Plaintiff, Lauren Ann Lombardi (Dkt. 1). All allegations not specifically admitted below are hereby denied.  To the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Answering the allegation of each paragraph of the Complaint and using the same headings and paragraph numbers, Defendants respond as follows.

DEFENDANTS' ANSWER TO COMPLAINT
[Case No. 2:25-cv-01364-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**INTRODUCTION**

1.     This paragraph consists of Plaintiff's characterization of her claim, to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to any relief under law.

2.     Admit that Navy Flight Demonstration Squadron (NFDS) operates F/A 18E/F Super Hornets which have two engines, NFDS performed over Seattle in 2023 and 2024 in support of the SeaFair Air and Water Show, and NFDS has an annual budget that exceeds $40 million; otherwise deny.

3.     With respect to the allegations in the first sentence, Defendants deny the allegations. Defendants admit that during a training exercise at Naval Air Facility El Centro (NAFEC) in 2021, a flight path deviation, coupled with aircraft speed exacerbated by an unknown Indicated Mach Number error, caused damage to NAFEC facilities and equipment as well as the reported injury to personnel.  As for the remaining allegations, Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

4.     Regarding the first two sentences, Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same. Regarding the third and fourth sentences, admit that Instagram user "@lo_laa"'s lewd comments were initially deleted by the NFDS Public Affairs team, because they were not in accordance with the team's community guidelines due to the wide age range of viewership on its social media platforms, and admit that the user was blocked from posting comments in August of 2023 after the user's lewd comments continued; otherwise deny. Defendants lack knowledge or information sufficient to admit or deny the allegation that the Plaintiff is the user "@lo_laa".

5.     Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

DEFENDANTS' ANSWER TO COMPLAINT
[Case No. 2:25-cv-01364-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Defendants deny that the Blue Angels create "relentless noise pollution." Defendants lack knowledge or information sufficient to admit or deny the remaining allegations and therefore deny the same.

7. Defendants deny the allegations contained in the first sentence. Regarding the second sentence, Defendants admit that the user @lo_laa is still blocked from commenting due to the user's prior lewd comments; otherwise Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in the second sentence, and therefore deny the same. Defendants also lack knowledge or information sufficient to admit or deny the allegation that the Plaintiff is the user "@lo_laa". The remainder of the paragraph contains legal conclusions, arguments or characterization, to which no response is required.

**JURISDICTION & VENUE**

8. This paragraph contains legal conclusions to which no response is required.

9. This paragraph contains legal conclusions to which no response is required.

**PARTIES**

10. Defendants lack knowledge or information sufficient to admit or deny the allegations in the first sentence and therefore deny the same.

11. Defendants admit that Captain Adam Bryan is the Commanding Officer of the U.S. Navy Blue Angels and responsible for the overall command and operations of the Blue Angels flight demonstration squadron, including oversight of public communications and official social media presence; otherwise, deny.

12. Defendants admit that Lieutenant Bushong was the Public Affairs Officer of the U.S. Navy Blue Angels from November of 2023 to November of 2025, and responsible for public affairs operations for the Blue Angels, including social media policy implementation and public communications strategy; otherwise, deny.

DEFENDANTS' ANSWER TO COMPLAINT
[Case No. 2:25-cv-01364-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13.    Deny.

## FACTUAL ALLEGATIONS

14.    Defendants lack knowledge or information sufficient to admit or deny the allegations in the first half of the sentence and therefore deny the same; Defendants deny the remaining allegations.

15.    Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

16.    Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

17.    Admit.

18.    This paragraph consists of Plaintiff's characterization of government Instagram sites and their intended purpose, to which no response is required. To the extent a response is required, Defendant admits the primary purpose of the official NFDS social media account is to communicate to the public about NFDS official activities; otherwise deny.

19.    Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

20.    Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

21.    Defendants admit that the flight squadron maintains an official Instagram account under the handle @usnavyblueangels that is used for the primary purpose of communicating with the public; otherwise deny.

22.    Admit that Navy Flight Demonstration Squadron performed over Seattle in 2023 and 2024 in support of the SeaFair Air and Water Show; otherwise deny.

DEFENDANTS' ANSWER TO COMPLAINT
[Case No. 2:25-cv-01364-JLR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

23. Admit that a user @lo_laa posted comments on the @usnavybludangels official Instagram account; otherwise, Defendants lack knowledge or information sufficient to admit or deny the remaining allegations and therefore deny the same.

24. Admit that on August 3, 2023, there was a post to the @usnavybludangels official Instagram account that stated: "Stop with your Fucking bullshit you are terrorizing my cat and all the other animals and wildlife. Fuck off"; otherwise, Defendants lack knowledge or information sufficient to admit or deny the remaining allegations and therefore deny the same.

25. Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

26. Admit that the user "@lo_laa"'s lewd comments were initially deleted by the NFDS Public Affairs team, because they were not in accordance with the team's community guidelines due to the wide age range of viewership on its social media platforms, and the user "@lo_laa" was blocked from posting comments in August of 2023 after the user's lewd comments continued; otherwise, Defendants lack knowledge or information sufficient to admit or deny the remaining allegations and therefore deny the same.

27. Admit the user "@lo_laa"'s lewd comments were initially deleted by the NFDS Public Affairs team, because they were not in accordance with the team's community guidelines due to the wide age range of viewership on its social media platforms, and that the user "@lo_laa" was blocked from posting comments in August of 2023 after the user's lewd comments continued; otherwise deny. Defendants lack knowledge or information sufficient to admit or deny that the user "@lo_laa" is the Plaintiff.

28. Defendants lack knowledge or information sufficient to admit or deny the allegations and therefore deny the same.

29. Deny.

DEFENDANTS' ANSWER TO COMPLAINT
[Case No. 2:25-cv-01364-JLR] - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

30.    Admit the user "@lo_laa"'s lewd comments were initially deleted by the NFDS Public Affairs team, because they were not in accordance with the team's community guidelines due to the wide age range of viewership on its social media platforms, and the user was blocked from posting comments in August of 2023 after the user's lewd comments continued; otherwise deny.

31.    Admit the user "@lo_laa" is still currently blocked; otherwise deny.

32.    Deny.

## CAUSE OF ACTION

33.    Defendants deny the allegations to the extent they are inconsistent with Defendant's prior admissions or denials.

34.    This paragraph contains legal conclusions to which no response is required.

35.    This paragraph contains legal conclusions to which no response is required.

36.    This paragraph contains legal conclusions to which no response is required.

37.    This paragraph contains legal conclusions to which no response is required.

## RELIEF REQUESTED

The allegations in this section consist of Plaintiff's prayer for relief, to which no response is required. Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

1.    Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

2.    At all times alleged in the Complaint, Defendants acted in good faith, with justification, and pursuant to authority.

3.    Plaintiff lacks standing.

DEFENDANTS' ANSWER TO COMPLAINT
[Case No. 2:25-cv-01364-JLR] - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4.  The Complaint fails to state a claim upon which relief can be granted against one or more Defendants.

5.  Defendants had legitimate reasons and interests for taking actions alleged in this case which outweigh Plaintiff's interests.

6.  The relief Plaintiff seeks may be barred by in whole or in part by the doctrine of unclean hands.

7.  Defendants reserve the right to plead all other affirmative defenses or any applicable state and federal statute which through discovery they learn may be applicable.

WHEREFORE, having fully answered the Complaint, Defendants pray that Plaintiff's Complaint be dismissed with prejudice, that Plaintiff takes nothing by this Complaint, and that Defendants be allowed such other and further relief as the Court deems just and equitable.

DATED this 13th day of July, 2026.

Respectfully submitted,

_s/ Sarah Louise Bishop_
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: sarah.bishop@usdoj.gov

_Attorney for Defendants_

DEFENDANTS' ANSWER TO COMPLAINT
[Case No. 2:25-cv-01364-JLR] - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970