The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAUREN ANN LOMBARDI,

                              Plaintiff,

        v.

CDR ADAM BRYAN, in his official capacity as
Commanding Officer of the Blue Angels, *et al.*,

                              Defendants.

Case No. 2:25-cv-01364-JLR

**JOINT STATUS REPORT**

## JOINT STATUS REPORT

Under Federal Rule of Civil Procedure 26(f), the applicable Local Rules, and the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 16), the parties hereby submit this Joint Status Report and Discovery Plan.

**1.     NATURE AND COMPLEXITY OF CASE**

Plaintiff alleges violations of her First Amendment rights when she was blocked on the official @usnavyblueangels Instagram account. Plaintiff seeks an injunction requiring Defendants to unblock her and prohibiting Defendants from blocking her or anyone else from the

JOINT STATUS REPORT
[Case No. 2:25-cv-01364-JLR] - 1

account on the basis of viewpoint, remedial training, and fees and costs. Defendants deny the allegations and deny Plaintiff is entitled to any relief.

**2.      PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES**

October 26, 2026.

**3.      CONSENT TO MAGISTRATE JUDGE**

No.

**4.      PROPOSED DISCOVERY PLAN**

(A)      <u>Initial Disclosures</u>

The parties exchanged Initial Disclosures on July 20, 2026, as required by the Court.

(B)      <u>Subjects, Timing, and Potential Phasing of Discovery</u>

The parties anticipate the need to conduct discovery on liability, defenses and other relief. The parties do not presently believe that discovery should be conducted in phases or be limited.

(C)      <u>Electronically Stored Information</u>

Plaintiff states: Discovery is expected to include electronically stored information concerning the administration and moderation of the @usnavyblueangels Instagram account, including account records, communications, policies, training materials, blocking and moderation activity, and other responsive electronically maintained information. Some responsive information may be held exclusively by third parties, namely Meta Platforms, Inc. and Instagram.

Defendants agree with Plaintiff's general characterization of materials that may be subject to discovery, but do not hereby waive any objection to production of specific materials.

(D)      <u>Privilege Issues</u>

The parties agree to confer in good faith to resolve any issues concerning the preservation, collection, or production of electronically stored information before filing any motion with the Court.

JOINT STATUS REPORT
[Case No. 2:25-cv-01364-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties do not anticipate any privilege issues presenting a barrier to discovery. In the event issues of this nature arise, the parties will agree to work together to resolve any issues that may arise before filing motions with the Court.

(E)     Proposed Limitations on Discovery

The parties agree that no limitations shall be made on discovery subject to the Federal and Local Rules.

(F)     Discovery Related Orders

The parties do not currently anticipate the need for any additional orders under Local Rules 16 or 26.

**5.      PARTIES' VIEWS, PROPOSALS, AGREEMENTS ON LCR 26(f)(1)**

(A)     Prompt Case Resolution

The parties do not have a proposal for prompt case resolution.

(B)     Alternative Dispute Resolution

The parties are open to ADR, but initial discovery will need to be completed for this process to be productive.

(C)     Related Cases

None.

(D)     Discovery Management

The parties agree to conduct discovery in a manner that minimizes expenses through joint cooperation and will work together to resolve discovery disputes prior to filing any additional motions.

(E)     Anticipated Discovery Sought

*See* section 4(B).

JOINT STATUS REPORT
[Case No. 2:25-cv-01364-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(F)    Phasing Motions

The parties do not see the need for phasing motions at this time.

(G)    Preservation of Discoverable Information

The parties understand their obligations to preserve discoverable information and are taking appropriate steps to comply with those obligations.

(H)    Privilege Issues

*See* section 4(D).

(I)    Model Protocol for Discovery of ESI

The parties will agree on ESI discovery protocols, if necessary.

(J)    Alternatives to Model Protocol

Alternatives to the Model Protocol will be discussed, if necessary.

**6.    DICOVERY DEADLINES**

The parties believe that discovery can be completed by 120 days before the trial date.

**7.    BIFURCATION**

The parties do not presently see a need to bifurcate this case.

**8.    PRETRIAL STATEMENTS AND PRETRIAL ORDER**

The parties believe the pretrial statements and pretrial order should be maintained.

**9.    INDIVIDUALIZED TRIAL PROGRAM & ADR OPTIONS**

The parties do not intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2 or any ADR option set forth in Local Civil Rule 39.1. The parties may revisit this issue after initial discovery has been completed.

**10.    SHORTENING OR SIMPLIFYING CASE**

The parties have no other suggestions at this time for shortening or simplifying the case.

JOINT STATUS REPORT
[Case No. 2:25-cv-01364-JLR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## 11.   TRIAL

The parties believe this case should be set for trial on a date on or after July 20, 2027.

## 12.   JURY OR NON-JURY TRIAL

Because Plaintiff seeks only equitable relief, this case will be a bench trial.

## 13.   NUMBER OF TRIAL DAYS

The parties anticipate that 2 days will be required for trial.

## 14.   TRIAL COUNSEL

Plaintiff's Counsel:
Nacim Bouchtia
PAVISE LAW FIRM
600 1st Ave, Suite 102, PMB 2505
Seattle, WA 98104
Phone: 206-207-1810
Email: nacim@paviselaw.com

Defendant's Counsel:
Sarah Louise Bishop
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.bishop@usdoj.gov

## 15.   AVAILABILITY OF COUNSEL

Conflicts for Plaintiff:  Plaintiff's counsel is presently on extended paternity leave due to ongoing medical needs of his infant twins. Counsel remains available for routine case administration, discovery coordination, and other matters that can reasonably be accommodated with advance notice. Although counsel is not requesting any categorical period of unavailability, matters requiring substantial preparation or extended court appearances may require reasonable scheduling accommodations.

JOINT STATUS REPORT
[Case No. 2:25-cv-01364-JLR] - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Conflicts for Defendant's Counsel: Defendant's counsel is scheduled to begin trials in this district on: August 31, 2026 (3-day trial), November 30, 2026 (10-day trial), January 27, 2027 (3-day trial), February 22, 2027 (4-day trial), and October 4, 2027 (3-day trial). Defendant's counsel will also be unavailable due to family commitments the weeks of December 21, 2026 and June 28, 2027.

**16.      SERVICE ON ALL DEFENDANT(S) OR RESPONDENT(S)**

Plaintiff has served Defendants.

**17.      SCHEDULING CONFERENCE**

No.

**18.      CORPORATE DISCLOSURE STATEMENT**

N/A

DATED this 27th day of July, 2026.

Respectfully submitted,

s/ Sarah Louise Bishop
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4073
Email:  sarah.bishop@usdoj.gov

Attorneys for Defendants

s/ Nacim Bouchtia
NACIM BOUCHTIA, WSBA No. 47993
PAVISE LAW FIRM
600 1st Ave, Suite 102, PMB 2505
Seattle, WA 98104
Phone: 206-207-1810
Email: nacim@paviselaw.com

Attorney for Plaintiff

JOINT STATUS REPORT
[Case No. 2:25-cv-01364-JLR] - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970